■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO RODRIGUEZ, Appellant. [833 NYS2d 422]—Appeal by the defendant, as limited by his motion, from two sentences of the Supreme Court, Queens County (Grosso, J.), both imposed September 15, 2005, on the ground that the sentences are excessive.

Ordered that the sentences are affirmed. No opinion. Prudenti, P.J., Schmidt, Spolzino, Krausman and Dillon, JJ., concur.